

# Fourth Court of Appeals
## San Antonio, Texas

August 26, 2015

No. 04-15-00189-CR, 04-15-00190-CR and 04-15-00191-CR

The **STATE** of Texas,
Appellant

v.

James Norman **EVANS**,
Appellee

From the 216th Judicial District Court, Kendall County, Texas
Trial Court No. 5623, 5624, and 5643
Honorable Robert R. Barton, Judge Presiding

# O R D E R

On August 14, 2015, appellee filed a letter stating that he mistakenly omitted from his brief cover a request for oral argument. We construe appellee's letter as a motion to amend appellee's brief cover to request oral argument. The motion is GRANTED, and appellee's brief cover is amended to show that appellee requests oral argument.

_Karen Angelini_
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of August, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court